[No. 48072-7-II.   Division Two.   June 13, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS LOMAX, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 14-1-00059-9, David. L. Edwards, J., entered September 16, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Bjorgen, C.J., concurred in by Lee and Melnick, JJ.

[No. 48078-6-II.   Division Two.   June 13, 2017.]

MILO BURROUGHS, *Appellant*, v. WESTERN AIRPARK ASSOCIATION, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-2-01581-9, Carol Murphy, J., entered October 20, 2014. *Dismissed* by unpublished opinion per Bjorgen, C.J., concurred in by Lee and Melnick, JJ.

[No. 48119-7-II.   Division Two.   June 13, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN PEREZ DUENAS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-1-01604-2, Scott A. Collier, J., entered September 25, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Bjorgen, C.J., and Lee, J.

[Nos. 48473-1-II; 48476-5-II.   Division Two.   June 13, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY DAVID KNOX, *Appellant*.

Appeals from a judgment of the Superior Court for Cowlitz County, No. 14-1-00095-0, Michael H. Evans, J., entered December 24, 2015. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Bjorgen, C.J., and Johanson, J.